IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
MEDIA RESEARCH CENTER,                 )
                                       )
          Plaintiff,                   )
                                       )        Civil Action
     v.                                )        No. 10-2013 (ESH)
                                       )
U.S. DEPARTMENT OF JUSTICE;            )
THE SOLICITOR GENERAL                  )
OF THE UNITED STATES,                  )
                                       )
          Defendants.                  )
_____)

_____
                                       )
JUDICIAL WATCH, INC.,                  )
                                       )
          Plaintiff,                   )
                                       )        Civil Action
     v.                                )        No. 11-00426 (ABJ)
                                       )
U.S. DEPARTMENT OF JUSTICE,            )
                                       )
          Defendant.                   )
_____)

## DEFENDANTS' MOTION FOR CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42(a) and Local Civil Rule 40.5, defendant, the United States Department of Justice, hereby moves to consolidate *Media Research Center v. U.S. Department of Justice*, No. 10-2013 (ESH) and *Judicial Watch, Inc. v. U.S. Department of Justice*, No. 11-00426 (ABJ).  The basis for this motion is set forth in the attached memorandum.

Undersigned counsel for defendants hereby certifies, pursuant to Local Civil Rule 7(m), that she conferred with counsel for Plaintiff Media Research Center regarding the relief sought in this motion.  Plaintiff Media Research Center opposes this motion.  Undersigned counsel for defendants attempted on several occasions, by telephone and electronic mail, to confer with

counsel for Plaintiff Judicial Watch regarding the relief sought in this motion, but was unable to

obtain a statement regarding Judicial Watch's position on this motion.


Dated:  April 6, 2011                           Respectfully submitted,

                                                TONY WEST
                                                Assistant Attorney General

                                                JOHN R. TYLER
                                                Assistant Branch Director

                                                _/s/ Julie Straus_____
                                                Julie Straus
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                Mailing Address
                                                P.O. Box 883
                                                Washington, D.C., 20044
                                                Delivery Address
                                                20 Massachusetts Ave., NW., Room 6126
                                                Washington, DC 20001
                                                Telephone: (202) 514-7857
                                                Fax: (202) 616-8460
                                                Julie.Straus@usdoj.gov

                                                COUNSEL FOR DEFENDANTS