# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA RESEARCH CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE;<br>THE SOLICITOR GENERAL<br>OF THE UNITED STATES,<br><br>　　　　Defendants. | Civil Action No. 10-2013 (ESH) |
| JUDICIAL WATCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE;<br><br>　　　　Defendant. | Civil Action No. 11-0426 (ABJ) |

## ORDER

Based on a conference call with the parties held on this date, it is hereby

**ORDERED** that defendants' Motion for Consolidation [Dkt. No. 7] is **GRANTED IN PART**. Case No. 11-cv-0426 (ABJ) will be transferred to the undersigned for the purpose of resolving the legal issues common to both cases; it is further

**ORDERED** that the two separate dockets will be maintained; it is further

**ORDERED** that the parties shall confer and submit a joint proposed briefing schedule for the legal issues and/or documents common to both cases by April 29, 2011.

　　**SO ORDERED.**

2

                    /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   April 21, 2011