UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA RESEARCH CENTER,            )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )<br>         v.                                          )<br>                                                              )<br>U.S. DEPARTMENT OF JUSTICE;  )<br>THE SOLICITOR GENERAL         )<br>OF THE UNITED STATES,            )<br>                                                              )<br>         Defendants.                      )<br>                                                              )<br>JUDICIAL WATCH, INC.,                )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )<br>         v.                                          )<br>                                                              )<br>U.S. DEPARTMENT OF JUSTICE;  )<br>                                                              )<br>         Defendant.                       )<br>                                                              ) | Civil Action No. 10-2013 (ESH)<br><br><br><br><br><br><br>Civil Action No. 11-0426 (ABJ) |

## ORDER

Based on a conference call with the parties held on this date, it is hereby

**ORDERED** that defendants' Motion for Consolidation [Dkt. No. 7] is **GRANTED IN PART**. Case No. 11-cv-0426 (ABJ) will be transferred to the undersigned for the purpose of resolving the legal issues common to both cases; it is further

**ORDERED** that the two separate dockets will be maintained; it is further

**ORDERED** that the parties shall confer and submit a joint proposed briefing schedule for the legal issues and/or documents common to both cases by April 29, 2011.

**SO ORDERED.**

2

                    /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 21, 2011